DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERICK ISELL PAZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3241

[February 12, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-1999-CF-000137-BXXX-MB.

Erick I. Paz, Greenacres, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely-filed motion for rehearing.***